UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREW MARKS,

    Plaintiff,

    v.

CESAR ANGEL MORENO, et al.,

    Defendants.

_____/

No. C 10-2615 PJH

**ORDER OF DISMISSAL**

Plaintiff having failed to pay the filing fee by the July 1, 2010 deadline set by the court, the above-entitled action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: July 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge